IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PACE INDUSTRY )
UNION-MANAGEMENT PENSION )
FUND; and its TRUSTEES: STAN ) No. 3-12-0427
JOHNSON, DALE OLSON, JON )
GEENEN, TIMOTHY SUDELA, GARY )
BEEVERS, LISA SILVERMAN, JAMES )
KIDDER, and MARK ENTRINGER )
)
v. )
)
ROARING SPRING BLANK BOOK )
COMPANY )

O R D E R

The parties' agreed motion to continue initial case management conference (Docket Entry No. 11) is GRANTED.

The initial case management is RESCHEDULED from June 18, 2012, to **Friday, July 27, 2012, at 11:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

In all other respects, the order entered June 6, 2012 (Docket Entry No. 10) remains in full force and effect.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge