IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PACE INDUSTRY )
UNION-MANAGEMENT PENSION )
FUND; and its TRUSTEES: STAN ) No. 3-12-0427
JOHNSON, DALE OLSON, JON )
GEENEN, TIMOTHY SUDELA, GARY )
BEEVERS, LISA SILVERMAN, JAMES )
KIDDER, and MARK ENTRINGER )
)
v. )
)
ROARING SPRING BLANK BOOK )
COMPANY )

O R D E R

Pursuant to the order entered July 27, 2012 (Docket Entry No. 22), counsel for the parties called the Court on October 16, 2012, at which time they advised that they had reached a settlement in this case.

As a result, the defendant's motion to change venue (Docket Entry No. 19) is rendered MOOT and the Clerk is directed to terminate that motion as pending.

Similarly, the plaintiffs' motion to amend (Docket Entry No. 31) is DENIED as MOOT, with leave to renew in the unlikely event that the settlement agreement is not executed.

The parties shall have until October 31, 2012, to file a stipulation of dismissal.

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge